USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

-against-

20-CR-102 (VEC)

MARIA FERNANDA GUTIERREZ OSPINA,

ORDER

Defendants.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 5, 2020, the parties appeared for an arraignment with this Court; and

WHEREAS the defendant waived Indictment and plead not guilty to the Information;

IT IS HEREBY ORDERED THAT the defendant must appear for a status conference on **May 18, 2020, at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse. Pursuant to 18 U.S.C § 3161(h)(4), the Court will exclude time under the Speedy Trial Act between February 5, 2020 and May 18, 2020. Because Defendant's pregnancy prevents her from traveling to New York to stand trial, time is excluded through her due date and including one month of post-partum recovery time.

**SO ORDERED.**

**Dated: February 6, 2020**
       **New York, NY**

*Valerie Caproni* (signature)

**VALERIE CAPRONI**
**United States District Judge**