```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                  :
                                             :
       -against-                             :    20-CR-102 (VEC)
                                             :
                                             :        ORDER
   MARIA FERNANDA GUTIERREZ OSPINA,          :
   JOSE ANDRE URENA SANCHO                   :
                                             :
                      Defendants.            :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/19/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties have requested that the status conference currently scheduled for September 3, 2020, be conducted via remote means; and

IT IS HEREBY ORDERED THAT the status conference is converted to a video conference, to be conducted via Skype.  Links to join the video conference will be distributed to counsel (who must then convey the links to their clients) via email prior to the conference.  Any interested members of the public may listen to the proceeding remotely by dialing 1-917-933-2166, using the conference ID: 281339327.

**SO ORDERED.**

**Dated: August 19, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**