USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/03/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                                  :
                                                             :
         -against-                                           :     20-CR-102 (VEC)
                                                             :
                                                             :     ORDER
   MARIA FERNANDA GUTIERREZ OSPINA,                          :
   JOSE ANDRE URENA SANCHO                                   :
                                                             :
                                       Defendants.           :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a status conference in this matter on September 3, 2020.

IT IS HEREBY ORDERED that, for the reasons stated at the conference,

1. Defendant's pretrial motions are due **October 16, 2020**, with the Government's responses due **November 6, 2020**, and Defendant's replies, if any, due **November 13, 2020**. A hearing on pretrial motions, if needed, will be scheduled.

2. *Motions in limine* are due **December 4, 2020**, with responses due **December 18, 2020**.

3. Proposed *voir dire* questions and requests to charge are due **December 4, 2020**. Proposed *voir dire* question should be focused specifically on the facts of this case or the COVID-19 pandemic.

4. If no hearing on pretrial motions is needed, the Final Pretrial Conference will be held on **January 14, 2021 at 2:00 P.M**.

5. Jury selection and trial will begin **January 19, 2021 at 10:00 A.M.**

**SO ORDERED.**

**Dated: September 3, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**