

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021
```

July 13, 2021

**VIA CMECF**
Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007-1312

Re: **U.S. v. Maria Fernanda Gutierrez Ospino**  20-cr-00102-VEC

Dear Judge Caproni:

I write on behalf of my client, Maria Fernanda Gutierrez Ospino and with the consent of the Government to request the courts permission to allow her to travel to Orlando on August 16, 2021 and return to Miami on August 22, 2021 for the following reasons:

1. Ms. Gutierrez-Ospino has not seen her family since the beginning of the COVID 19 pandemic.
2. Ms. Gutierrez-Ospino has a young baby and felt it was unsafe for her to travel with her until the circumstances of the Covid-19 pandemic improved.
3. Ms. Gutierrez-Ospino's sister, Francis Gutierrez, also has a young child.
4. The Gutierrez family is planning a birthday celebration for said child and Ms Gutierrez' mother will also be there.
5. Ms. Gutierrez would travel by car and stay at her sister's residence at 7113 Alpis Way # 9103, Orlando, FL. 32336.  Tel.: 321-315-2687.
6. Ms. Gutierrez-Ospino's probation officer, Jimmy Navarro does not object to the stated request.

Thank you for your consideration.

Respectfully submitted,

/s/Julia Kefalinos, Esq

Julia Kefalinos FBN 877832
juliakefalinos@bellsouth.net

cc:  Samuel Rothschild, Assistant U.S. Attorney

Application GRANTED.

SO ORDERED.

*signature*  Date: July 14, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE