USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
| UNITED STATES OF AMERICA | : |
| | : |
| -against- | : |
| | : 20-CR-102 (VEC) |
| | : |
| MARIA FERNANDA GUTIERREZ OSPINA, | : ORDER |
| JOSE ANDRE URENA SANCHO, | : |
| | : |
| Defendants. | : |
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 23, 2021, the Court ordered the Government to "immediately file any victim letters with appropriate redactions on the public docket and [to] email Chambers unredacted versions," *see* Order, Dkt. 72 (citing *See* Ind. Prac. R. 3(A));

WHEREAS the Court further ordered the Government to file a letter addressing several topics by no later than Friday, August 27, 2021, *id.*; and

WHEREAS the Prosecutor assigned to this matter, Samuel Rothschild, is currently on trial in another matter before the undersigned;

IT IS HEREBY ORDERED that the Government's deadline to file the victim letters is adjourned *nunc pro tunc* to **Friday, August 27, 2021**.

**SO ORDERED.**

Date: **August 25, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**